# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BANK OF COMMERCE, <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-1055-ADA |

## JOINT MOTION TO DISMISS

Pursuant to an agreement entered by Plaintiff Textile Computer Systems, Inc. ("Textile") and Defendant International Bank of Commerce ("IBC"), Textile and IBC jointly move to dismiss with prejudice all claims and counterclaims made against each other in this action. Textile and IBC agree that each party shall bear its own attorneys' fees and costs and that the Court shall retain jurisdiction for purposes of enforcing their agreement. A proposed order is attached.

Dated: September 2, 2022

Respectfully submitted,

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
C. Ryan Pinckney

Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for Textile Computer Systems, Inc.*

By: /s/ Jason S. Jackson
Jason S. Jackson
(*pro hac vice)*
NE Bar No. 25030
Kutak Rock LLP
1801 California St., Suite 3000
Denver, CO 80202
P: 303-297-2400
jason.jackson@kutakrock.com

Vincent A. Notzon
State Bar No. 00788130
MARTIN & DROUGHT, P.C.
Weston Centre, Suite 1616
112 East Pecan Street
San Antonio, Texas 78205

2

Telephone: (210) 220-1327
Facsimile: (210) 227-7924
vnotzon@mdtlaw.com

James M. Sulentic
(*pro hac vice*)
NE Bar No. 19610
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102
(402) 346-6000
james.sulentic@kutakrock.com

ATTORNEYS FOR DEFENDANT
INTERNATIONAL BANK OF COMMERCE

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 2nd day of September, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              */s/ Matthew J. Antonelli*
                                              Matthew J. Antonelli